THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN M. CAZA, Appellant.

Submitted August 4, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Martin J. McGuinness, Esq., P.O. Box 1006, Saratoga Springs, New York 12866 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL COLON, Appellant.

Submitted August 4, 2014; decided August 28, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE ENGLISH, Appellant.

Submitted August 11, 2014; decided August 28, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GIBSON, Appellant.

Submitted August 18, 2014; decided August 28, 2014

Motion for assignment of counsel granted and John P.M. Wappett, Warren County Public Defender's Office, 1340 State Route 9, Lake George, New York 12845 assigned as counsel to the appellant on the appeal herein.